In the Matter of the Application of THOMAS V. DEVINS, Respondent, for a Writ of Mandamus against HENRY. D. SAYER, Industrial Commissioner of the Department of Labor of the State of New York, Appellant.

(Submitted July 12, 1922; decided July 12, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 690.)

---

JOHN H. GILES DYEING MACHINE COMPANY, Respondent, *v.* KLAUDER-WELDON DYEING MACHINE COMPANY et al., Defendants, and HOLLAND S. DUELL, as Executor of CHARLES H. DUELL, Deceased, et al., Appellants.

(Submitted July 12, 1922; decided July 12, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 470.)